UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No:   8:17–cv–01265–AG–JDE     Date:   9/6/2017

Title:   SUZANNE NAPIER V. YOUNG TAE AN ET AL

Present: The Honorable   ANDREW J. GUILFORD  , U. S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Craig Cote | L Scott Karlin |

**Proceedings:** EARLY SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances. Court and counsel confer. The Court waives all Rule 16 and 26 requirements except for early disclosure requirements.

The Court sets the following dates:

Discovery Cutoff is February 8, 2018.

A Final Pretrial Conference is set for April 30, 2018 at 08:30 AM.

A Jury Trial is set for May 8, 2018 at 09:00 AM. Court sets the length of the trial at 3 days.

Scheduling Order Specifying Procedures is signed and filed this date.

The Court orders ADR Procedure No. 2, before the Court's mediation panel.

**cc: ADR**

:05
Initials of Preparer:  lb