THE KARLIN LAW FIRM LLP
Michael J. Karlin (SBN 272442)
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com

Attorneys for Defendant: Young Tae An, William G. Woo and Shu Fong C. Woo, as trustees of the Woo Living Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suzanne Napier, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>Young Tae An, an individual, dba New Seoul BBQ Buffet; William G. Woo and Shu Fong C. Woo, trustees of the Woo Living Trust dated October 21, 2016; and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 8:17-cv-01265<br><br>Stipulation to Allow Leave to Amend Complaint |

The following stipulation is entered into by and between Plaintiff, Suzanne Napier and Defendants Young Tae An, an individual, dba New Seoul BBQ Buffet and William G. Woo and Shu Fong C. Woo, trustees of the Woo Living Trust dated October 21, 2016 in this action ("Parties"), by and through their respective counsel of record.  The Parties hereby enter into the following stipulation:

1. Good cause exists for leave to amend the complaint because Plaintiff just discovered the true identity of Doe 1 who manages and controls the property that is the subject of this litigation, and is a necessary party to this Action.

2. Defendants consent to Plaintiff amending the complaint in order to add a party to the Complaint, namely, Garden Square Parking Association.

3. It is agreed and stipulated that Plaintiff shall file its amended complaint naming Garden Square Parking Association as party to the Complaint within 5 days of the filing of this stipulation.

Accordingly, the Parties stipulate to the above.

DATED: September 27, 2017          **MANNING LAW, APC**

By: /s/ Craig G. Cote
    Craig G. Cote, Esq.
    Attorney for Plaintiff, Suzanne Napier

DATED: September 27, 2017          **THE KARLIN LAW FIRM LLP**

By: /s/ Michael J. Karlin
    Michael J. Karlin, Esq.
    Attorneys for Defendants

I, Craig G. Cote attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

/s/ Graig G. Cote

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28